# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

CESAR ZAVALA-VASQUEZ and
CARMEN PEREZ, husband and wife,

    Plaintiffs,

v.

ALLSTATE INDEMNITY COMPANY

    Defendants.

CASE NO. C08-5673 BHS

ORDER RE: SETTLEMENT
CONFERENCE – December 15, 2009

This matter has been referred to the Honorable J. Richard Creatura for purposes of conducting a settlement conference. This settlement conference and is now scheduled for **Tuesday, December 15, 2009**, commencing at **10:30 a.m.** in Courtroom D.

The parties are ORDERED to submit to this Court's chambers, but not file, a settlement memo no later than December 11, 2009 at 5:00 p.m. The settlement memo shall be no longer than ten (10) pages, double-spaced. The parties are allowed to submit attachments to the memo, but are encouraged to only include those attachments critical to the explanation provided in the memo. The memos are to be exchanged between the parties and, at a minimum, include: (1) the last demand and offer exchanged between the parties, (2) the status of any outstanding discovery

issues; (3) the status of any outstanding motions. These materials may be emailed to sandy_claggett@wawd.uscourts.gov or delivered to the Clerk's Office, U.S. Courthouse, 1717 Pacific Avenue, Tacoma, Washington 98402.

Parties are instructed to bring a person with authority to settle the case on the date of the scheduled settlement conference.

Dated this 3rd day of December, 2009.

_____
J. Richard Creatura
United States Magistrate Judge